

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-21-00405-CV

**SAN ANTONIO INDEPENDENT SCHOOL DISTRICT** and Pedro Martinez,
Appellants

v.

The **STATE** of Texas,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-19115
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Sitting: Luz Elena D. Chapa, Justice
    Irene Rios, Justice
    Beth Watkins, Justice

Appellee, the State of Texas, has filed an emergency motion for a temporary order. The court requests a response to the motion from appellants. Any response must be filed by 5:00 p.m. Tuesday, September 28, 2021.

It is so **ORDERED** on September 24, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court